```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 07-20947-CR-ZLOCH
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

IRVEN PRESSLEY and
CYNTHIA PRESSLEY,

        Defendants.
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon Plaintiff United States of America's Motion For A Preliminary Order Of Forfeiture (DE 59). Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendants IRVEN PRESSLEY and CYNTHIA PRESSLEY, hereinafter referred to as "defendants"):

1. In the Indictment in the above-styled case, the government sought forfeiture of the defendants' interest in all property involved in or traceable to a violation of 18 U.S.C. § 1956, including but not limited to:

    (a) a sum of $11,000,000.00 in U.S. currency;[1] and

---

1  Various other sums to counts the defendants did not plead guilty to were alleged as subject to forfeiture in the Indictment.

    (b)    the real property located at 1010 NW 122nd Street, North Miami, Miami-Dade County, Florida, including all improvements, fixtures, and equipment found therein or thereon, and more particularly described as:

> Lots 1, 2 and 3, in Block 3, of SUNKIST GROVE, according to the Plat thereof, as recorded in Plat Book 8, at page 49, of the public records of Miami-Dade County, Florida.

2. On April 4, 2008, defendants entered a plea of guilty to Count 3 of the Indictment and the violation of 18 U.S.C. § 1956. They further agreed to forfeit all of their right, title, claim and interest in the following property pursuant to 18 U.S.C. § 982 as property involved in such offense, or any property traceable to such property, in violation of 18 U.S.C. § 1956(h):

    (a)    the real property located at 1010 NW 122nd Street, North Miami, Miami-Dade County, Florida, including all improvements, fixtures, and equipment found therein or thereon, and more particularly described as:

> Lots 1, 2 and 3, in Block 3, of SUNKIST GROVE, according to the Plat thereof, as recorded in Plat Book 8, at page 49, of the public records of Miami-Dade County, Florida.

3. IRVEN PRESSLEY further agreed to forfeit his interest in:

    (b)    the sum of $1,542,822.18 in U.S. currency;

4. CYNTHIA PRESSLEY further agreed to forfeit her interest in:

    (c)    the sum of $690,497.35 in U.S. currency.

Therefore, in consideration of the Plea Agreements between the defendants and the United States, and upon motion of the United States and for good cause shown thereby, it is hereby,

ORDERED that:

1. Plaintiff United States of America's Motion For A Preliminary Order Of Forfeiture (DE 59) be and the same is hereby **GRANTED**;

2. All right, title and interest of defendants, IRVEN PRESSLEY and CYNTHIA PRESSLEY in the following property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 982(a)(1):

> (a) the real property located at 1010 NW 122nd Street, North Miami, Miami-Dade County, Florida, including all improvements, fixtures, and equipment found therein or thereon, and more particularly described as:
>
>> Lots 1, 2 and 3, in Block 3, of SUNKIST GROVE, according to the Plat thereof, as recorded in Plat Book 8, at page 49, of the public records of Miami-Dade County, Florida;
>
> (b) as to Irven Pressley, the sum of $1,542,822.18 in U.S. currency; and
>
> (c) as to Cynthia Pressley, the sum of $690,497.35 in U.S. currency.

3. The United States Marshals Service, or any duly authorized law enforcement official, may, as soon as practicable seize and take custody of the property identified herein above as

forfeited under this order pursuant to 21 U.S.C. § 853(g).[2]

4.   The United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order as required by 21 U.S.C. § 853(n).  The notice shall state that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and that the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property, the time and circumstances of the petitioner's acquisition in the property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

5.   The United States may provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

6.   The United States is further authorized, pursuant to 21 U.S.C. § 853(m) and Fed. R. Crim. P. 32.2(c)(1), to conduct any

---

[2] The procedures set forth in 21 U.S.C. § 853 are incorporated by 18 U.S.C. § 982(b).

discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

7. Pursuant to Fed.R.Crim.P. 32.2(b)(3), this preliminary order of forfeiture is final as to the defendants' right, title, claim and interest in the property and has been made part of the sentence and included in the judgment.

It is further **ORDERED** that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to 21 U.S.C. § 853(n)(7), this Order shall be deemed a final order of forfeiture, and the United States Marshals Service, or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___30th___ day of April, 2008.



WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE

cc: AUSA Barbara Papademetriou (3 certified copies)

5